No. —. Ex parte Stanley B. Peplowski. May 8, 1944. The motion for leave to file petition for writs of habeas corpus and mandamus is denied.

No. —. Ex parte Harold D. Reed. May 8, 1944. The motion for leave to file petition for writ of mandamus is denied.

No. —. Ex parte Raymond Jones; and
No. —. Ex parte Clarence Williams. May 8, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. Ex parte Monroe D. Neely. May 15, 1944. The motion for leave to file petition for writ of habeas corpus is denied.

No. —. Browder v. United States. May 15, 1944. Petition for appeal denied for want of jurisdiction to entertain it.

No. 942. Rock Island Refining Co. v. Oklahoma Tax Commission. May 22, 1944. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. (1) *U. S. Glue Co.* v. *Oak Creek,* 247 U. S. 321; *Matson Navigation Co.* v. *State Board,* 297 U. S. 441, 443–44; *Western Live Stock* v. *Bureau of Revenue,* 303 U. S. 250, 255. (2) *Lawrence* v. *State Tax Commission,* 286 U. S. 276; *New York ex rel. Cohn* v. *Graves,* 300 U. S. 308. *Mr. C. D. Cund* for appellant.